# Exhibit 10

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 4-69)-31

| Field | Value |
|---|---|
| Crime | Murder 2' |
| Pct | 43 |
| OCCB No | |
| Complaint No | 1184 |
| Date of This Report | 1-19-95 |
| Date of Orig. Report | 1-18-95 |
| Date Assigned | 1-18-95 |
| Case No. | 126 |
| Unit Reporting | 43 DS |
| Follow-Up No | 1 |
| Complainant's Name | PSNY |
| Victim's Name | Raymond, Denise |

DETAILS:

```
                    Investigation:  Homicide
                    Subject:  Opening of Case
                              Response to Scene
```

1.) On 1-18-95 this Det. was working an Day Tour(8X4). At approx. 1500hrs. this Det. was advised by Det. Nugent of the 43 DS that the 43 Desk called and stated they were requesting our presence at 880 Boynton ave. apt. 13E. the scene of a Possible DOA. This Det. notified the Homicide Task Force that there was a possible DOA and Patrol was requesting our presence. At approx. 1515 hrs. all members of the 43 DS office responded to the scene. This Det. spoke to the first officer P.O. Kellie Marino shield #19310 who was assigned to Sector C with P.O. Donna Thomas shield #26297. She stated that she first received the job as a 10/56 at 1332 hrs. at 825 Boynton ave. At that time she met the victim's uncle and sister who told her that Denise Raymond the victim did not show up for work today at Federal Express at 5 Penn Plaza in N.Y.C. and this was highly unlike her because she is a work conscience person. Her job was concerned about her and notified the next of kin, who inturn called the Police. They went up to the victim's apt. at 880 Boynton ave. apt. 13 E. The door was locked and there was a broken key in the top cylinder. They knocked on the door and no one answered. Emergency Service was called to gain entry in the apt. They did by using the next door apt. 13 F. They went out on the terrace and climbed over to the victim's terrace and gained entry thru the sliding glass door. Once they entered the apt. ES opened both locks of the front door to her apt.. They noticed broken key in top lock on outside of apt. door. They all went into bedroom where victim was found rear cuffed, fully clothed, lying face down

REPORTING OFFICER: Det. Thomas J. Aiello
COMMAND: 43 DS



| | Page 2 of 2 Pages |
|---|---|
| COMPLAINT FOLLOW-UP INFORMATIONAL  PD 313.081A SECOND SHEET (Rev 8-90)-H-1 | Pct. 43 | Complaint No. 1184 | Date of This Report 1-19-95 |

DETAILS: continued from first page

with two pillows placed over her head and she was lying on a blood soaked rug which was under her upper torso.

2.) Emergency Service that responded was A3 P.O. Rosenthal #3089 and P.O. Guerra #3084. EMS responded Clee #5089 and he pronounced the victim DOA at 1505hrs. The victim was identified as Denise L. Raymond of 880 Boynton ave. Bx., N.Y. apt. 13E. She is a F/B 39yrs. old, D.O.B. ▇-55.

3.) This Det. entered the apt. and noticed that the apt. appeared to be very neat and clean. The table which was behind a love seat in the living room was slightly moved. Christmas cards were apparently knocked down and a linen covering was out of place. It appeared that someone or something knocked into the table. I walked straight into the bedroom where the victim was found. In the hall going towards the bedroom was a cassette tape on the rug floor. As I entered her bedroom, I noticed the victim lying face down, rear handcuffed, apparently fully clothed, two pillows were placed over her head, one black shoe was on the victim and the other was off. The victim wore a maroon blazer outfit, black slip and dark nylon stockings(panty hose). She was wearing jewelry that was noticeable at least two gold rings and bangle gold bracelets. Her handbag was apparently turned upside down and the contents were spilled next to and under the victim. White shoulder pads were placed over her rear upper legs and her skirt and slip were pushed upwards towards her back. Her bed was moved, the box spring was still in place but the mattress was moved more than half off the boxspring. The sheets and bedspread were moved on the bed and one of the legs were broken. It was apparent that one pillow from the bed was used in covering her head and the other pillow was taken from the living room. The upper pillow had two bullet holes, with powder burns or residue that was very apparent. On her triple dresser there were numerous empty boxes of jewelry place on the dresser near her perfumes. The draws were slightly open on the dresser and bureau and they were also opened on the night tables. The phone was taken out of the bedroom and placed on one of the couches in the living room. In the small bedroom the bedspread was taken off the bed and numerous handbags and clothing were wrapped inside the bedspread. There was a desk and some of the draws were left open and some paperwork was left on the floor near the front of the desk. In the living room on the couch there was a white T shirt that was cut. Near the T.V. there was a cover for a VCR but the VCR was missing. The Dinette area seemed untouched, in the kitchen there was a red Macy's shopping bag with a wreath, store bought clothes item and wrapped up food. On the floor was a red juice cap and a small silver key, and a white tie for clossing a loaf of bread. The refrigerator was left open and in the sink was a Tropicana fruit punch container and a guldens mustard squeeze plastic bottle with two sponges and apparent fruit punch stains in the sink. The Kitchen utensil drawer was left wide open and above that was a small wallet or credit card case that was also open. Looking into the refrigerator there was cold cuts from a plastic wrapping open and a loaf of bread was also left open without the tie otherwise the refrigerator looked orderly. After examing the apt. there were no signs of drugs or drug items and apparently the victim did not smoke because this Det. did not notice any ash trays.

4.) Crime Scene Det. Harris was assigned shield# 2023 Run# 95/123. MLI L. Savino was present and he examined the body and crime scene took photo's and gathered evidence. The victim was apparently shot twice to the right rear side of head. One deformed copper jacketed bullet was recovered under victim. This Det. found two large brown handle kitchen knives under bedspread on bed in the victim's room, they appeared clean with no blood stains. The victim was blindfolded, duct taped and gagged with atorn T shirt, an apparent pillow case was under victim, she was wearing a white blouse and a black scarf was used as blindfold.

5.) The complaint #1184, aided# 283 and the M.E.# 300. Sgt. Farrell was on the scene from Patrol and ADA Yearwood was also present. The scene was also video taped by the District Attorney's office technicians..

6.) Due to the above facts, this Det. requests that this case remain active pending further developements.

CASE ACTIVE

| CASE ☒ ACTIVE ☐ CLOSED | | DATE REVIEWED/CLOSED | IF ACTIVE, DATE OF NEXT REVIEW | | |
|---|---|---|---|---|---|
| REPORTING OFFICER | RANK Det. | SIGNATURE | NAME PRINTED Thomas J. Aiello | TAX REG. NO. | COMMAND 43 DS |